In the Matter of the Application of ESDORA REALTY CORPORATION, Respondent, against WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York, Defendants.

HERMSTARR REALTY CORPORATION, Appellant.

(Argued September 29, 1930; decided October 14, 1930.)

*I. Maurice Wormser* and *William P. Thomas* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Henry J. Shields, J. Joseph Lilly* and *William F. Kennedy* of counsel), for Board of Standards and Appeals of the City of New York.

*Simon M. Platt* and *N. Joseph Friedman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.